# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 93 MM 2017

Respondent    :

v.    :

VICTOR MANUEL FIGUEREO-
MARTINEZ,    :

Petitioner    :

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of August, 2017, in consideration of the Motion for Withdrawal of Counsel, this matter is REMANDED to the Court of Common Pleas of Northampton County for that court to determine whether Petitioner's current counsel should be granted leave to withdraw. *See* Pa.R.Crim.P. 120(B) (providing that an attorney may not unilaterally withdraw his or her appearance with respect to a criminal defendant; rather, a court must determine whether leave to withdraw is warranted).

If current counsel is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Petitioner being appointed counsel or granted leave to proceed *pro se*. The Court of Common Pleas of Northampton County is DIRECTED to enter its order regarding this remand within 45 days and to promptly notify this Court of its determination.